Navy–Marine Corps Court of Criminal Appeals as to Charge V, Specification 3, and as to the sentence is reversed. The decision of that court as to the remaining charges and specifications is affirmed. The record of trial is returned to the Judge Advocate General of the Navy for remand to that court for further consideration in light of *Humphries*.

*BAKER, Chief Judge (dissenting): Consistent with my views in *United States v. Humphries*, 71 M.J. 209, 217 (C.A.A.F. 2012) (Baker, C.J., dissenting), and *United States v. Fosler*, 70 M.J. 225, 240 (C.A.A.F. 2011) (Baker, J., dissenting), I respectfully dissent.

No. 12–0125/AR. U.S. v. Robert A. Lyon. CCA 20090792. On further consideration of the granted issue, 71 M.J. 331 (C.A.A.F. 2012) (order granting review, June 6, 2012), and in view of *United States v. Humphries*, 71 M.J. 209 (C.A.A.F. 2012), it is ordered that the portion of the decision of the United States Army Court of Criminal Appeals as to Charge IV and its specification, and as to the sentence is reversed. The decision of that court as to the remaining charges and specifications is affirmed. The record of trial is returned to the Judge Advocate General of the Army for remand to that court for further consideration in light of *Humphries*.

*BAKER, Chief Judge (dissenting): Consistent with my views in *United States v. Humphries*, 71 M.J. 209, 217 (C.A.A.F. 2012) (Baker, C.J., dissenting), and *United States v. Fosler*, 70 M.J. 225, 240 (C.A.A.F. 2011) (Baker, J., dissenting), I respectfully dissent.

No. 12–0148/AR. U.S. v. James O. Morris. CCA 20081169. On further consideration of the granted issues, 71 M.J. 184 (C.A.A.F. 2012) (order granting review), and in view of *United States v. Rauscher*, 71 M.J. 225 (C.A.A.F. 2012), it is ordered that the portion of the decision of the United States Army Court of Criminal Appeals as to Charge IV and its specification, and as to the sentence is reversed. The decision of that court as to the remaining charges and specifications is affirmed. The record of trial is returned to the Judge Advocate General of the Army for remand to that court for further consideration in light of *Rauscher*.

No. 12–0229/AR. U.S. v. Rodger S. Danes. CCA 20091072. On further consideration of the granted issue, 71 M.J. 304 (C.A.A.F. 2012) (order granting review, April 20, 2012), and in view of *United States v. Humphries*, 71 M.J. 209 (C.A.A.F. 2012), it is ordered that the portion of the decision of the United States Army Court of Criminal Appeals as to Specifications 2, 4, and 6 of Charge III, and as to the sentence is reversed. The decision of that court as to the remaining charges and specifications, to include the decision as to Charge III, Specification 3, is affirmed. The record of trial is returned to the Judge Advocate General of the Army for remand to that court for further consideration in light of *Humphries*.

*BAKER, Chief Judge (dissenting): Consistent with my views in *United States v. Humphries*, 71 M.J. 209, 217 (C.A.A.F. 2012) (Baker, C.J., dissenting), *United States v. Nealy*, 71 M.J. 73, 78 (C.A.A.F. 2012) (Baker, C.J., concurring in the result), and *United States v. Ballan*, 71 M.J. 28, 36 (C.A.A.F. 2012) (Baker, C.J., concurring in the result), I respectfully dissent.

No. 12–0245/AR. U.S. v. Thomas A. Scott. CCA 20091087. On further consideration of the granted issue, 71 M.J. 184 (C.A.A.F. 2012) (order granting review), and in view of *United States v. Humphries*, 71 M.J. 209 (C.A.A.F. 2012), we note that

Specification 2 of Charge II failed to include a terminal element of Article 134, Uniform Code of Military Justice, 10 U.S.C. § 934 (2006). This omission was error, but we also note that this specification was found to be multiplicious for sentencing. Accordingly, it is ordered that the portion of the decision of the United States Army Court of Criminal Appeals as to Charge II, Specification 2, is reversed. The finding of guilty as to Specification 2 of Charge II is set aside and that charge and specification are dismissed. The decision of the Court of Criminal Appeals as to the remaining charge and specifications and the sentence is affirmed.

*BAKER, Chief Judge (dissenting): Consistent with my views in *United States v. Humphries*, 71 M.J. 209, 217 (C.A.A.F. 2012) (Baker, C.J., dissenting), and *United States v. Fosler*, 70 M.J. 225, 240 (C.A.A.F. 2011) (Baker, J., dissenting), I respectfully dissent.

No. 12–0252/AR. U.S. v. Jesse J. Bray. CCA 20100029. On further consideration of the granted issue, 71 M.J. 184 (C.A.A.F. 2012) (order granting review), and in view of *United States v. Humphries*, 71 M.J. 209 (C.A.A.F. 2012), it is ordered that the portion of the decision of the United States Army Court of Criminal Appeals as to Charge III, Specifications 2 and 5, and as to the sentence is reversed. The decision of that court as to the remaining charges and specifications is affirmed. The record of trial is returned to the Judge Advocate General of the Army for remand to that court for further consideration in light of *Humphries*.

*BAKER, Chief Judge (dissenting): Consistent with my views in *United States v. Humphries*, 71 M.J. 209, 217 (C.A.A.F. 2012) (Baker, C.J., dissenting), and *United States v. Fosler*, 70 M.J. 225, 240 (C.A.A.F. 2011) (Baker, J., dissenting), I respectfully dissent.

No. 12–0264/AR. U.S. v. Robert O. Bozeman. CCA 20080711. On further consideration of the granted issue, 71 M.J. 295 (C.A.A.F. 2012) (order granting review, April 6, 2012), and in view of *United States v. Humphries*, 71 M.J. 209 (C.A.A.F. 2012), it is ordered that the portion of the decision of the United States Army Court of Criminal Appeals as to Charge III and its specifications, and as to the sentence is reversed. The decision of that court as to the remaining charges and specifications is affirmed. The record of trial is returned to the Judge Advocate General of the Army for remand to that court for further consideration in light of *Humphries*.

*BAKER, Chief Judge (dissenting): Consistent with my views in *United States v. Humphries*, 71 M.J. 209, 217 (C.A.A.F. 2012) (Baker, C.J., dissenting), and *United States v. Fosler*, 70 M.J. 225, 240 (C.A.A.F. 2011) (Baker, J., dissenting), I respectfully dissent.

No. 12–0272/AF. U.S. v. Timur Timehanov. CCA 37685. On further consideration of the granted issue, 71 M.J. 308 (C.A.A.F. 2012) (order granting review, April 25, 2012), and in view of *United States v. Humphries*, 71 M.J. 209 (C.A.A.F. 2012), it is ordered that the portion of the decision of the United States Air Force Court of Criminal Appeals as to Specification 1 of Charge II, and as to the sentence is reversed. The decision of that court as to the remaining charges and specifications is affirmed. The record of trial is returned to the Judge Advocate General of the Air Force for remand to that court for further consideration in light of *Humphries*.

*BAKER, Chief Judge (dissenting): Consistent with my views in *United States v. Humphries*, 71 M.J. 209, 217 (C.A.A.F. 2012) (Baker, C.J., dissenting), and *United*